**Jack Wayne FRIEND, et al., Plaintiffs–Appellees,**

v.

**Ronald KOLODZIECZAK, et al., Defendants–Appellants.**

**No. 90–16140.**

United States Court of Appeals, Ninth Circuit.

May 18, 1993.

Before: PREGERSON, FERGUSON, O'SCANNLAIN, Circuit Judges.

## ORDER

The Supreme Court granted the petition for writ of certiorari, vacated the judgment, and then remanded this case to this court for further consideration, —— U.S. ——, 113 S.Ct. 1038, 122 L.Ed.2d 348, in light of *Farrar v. Hobby,* —— U.S. ——, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992).

This court now remands the matter to the district court to re-examine its determination of the reasonableness of the attorneys' fee award in light of the *Farrar v. Hobby* decision.